UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA  :  CR-2-05-024
                                     :
                                     :  **UNITED STATES' RESPONSE**
       v.                         :  **TO DEFENDANT'S MOTION**
                                     :  **TO REDUCE SENTENCE**
                                     :
ANTHONY VALDEZ  :  J. Sargus

- - - - - - - - - - - - - - - - - - - - - -

     Anthony Valdez, through counsel, has filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). Valdez was sentenced September 15, 2005, after the effective date of United States v. Booker, 543 U.S. 220 (2005). This decision directed sentencing courts to consider the factors enumerated in 18 U.S.C.§ 3553(a) and made the Sentencing Guidelines advisory. The Court, in its judgment and commitment order specifically referred to § 3553(a) in determining the appropriate sentence and arrived at a sentence in variance with the Sentencing Guidelines in this case.

     In determining whether to reduce the imposed sentence pursuant to 18 U.S.C. § 3582(c)(2), the Court may take into account the fact that the defendant previously received a non-guideline sentence pursuant to 18 U.S.C. § 3553(a) and Booker. While the Court maintains the discretion to further reduce the defendant's sentence, revised Section 1B1.10(b)(2)(B) of the Sentencing Guidelines cautions: "if the original term of imprisonment constituted a non-guideline sentence determined

pursuant to 18 U.S.C. § 3553 and United States v. Booker, 543 U.S. 220 (2005), a further reduction *generally would not be appropriate*." (emphasis added).

The government notes that it has disputed reductions in Booker sentences in previous cases, and reserves the option to do so in the future.  In this case, however, the government did not object at sentencing to the Court's variance from the Guidelines.  It is also noted that the Probation Department has indicated that this defendant's post-sentencing conduct has been positive and that it recommends the Court grant the proposed reduction.

Therefore, the government does not object to a reduction of sentence in this case from 80 to 64 months, as sought by petitioner's motion.

                    Respectfully submitted,

                    GREGORY G. LOCKHART
                    United States Attorney

                    s/William E. Hunt
                    WILLIAM E. HUNT (0024951)
                    First Assistant U.S. Attorney
                    221 East Fourth Street
                    Suite 400
                    Cincinnati, Ohio  45202
                    (513) 684-3711
                    Fax:  (513) 684-6710
                    William.Hunt@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 29th day of April, 2008, electronically on Steven S. Nolder, Federal Public Defender, One Columbus, 10 West Broad Street, Suite 1020, Columbus, OH 43215.

                                          s/William E. Hunt
                                          WILLIAM E. HUNT (0024951)
                                          First Assistant U.S. Attorney